**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-6669**

---

MICHAEL F. DEHONEY,

Plaintiff - Appellant,

versus

DAVID M. BEASLEY, Governor, State of South
Carolina; SOUTH CAROLINA DEPARTMENT OF CORREC-
TIONS; WILLIAM E. GUNN, South Carolina Depart-
ment of Probation, Parole and Pardon Services;
MICHAEL MOORE, Director,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Florence.  William B. Traxler, Jr., District
Judge.  (CA-94-3512-4-21BE)

---

Submitted:  August 28, 1997      Decided:  September 17, 1997

---

Before WILKINS, WILLIAMS, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Michael F. Dehoney, Appellant Pro Se.  Treva G. Ashworth, Kenneth
Paul Woodington, Charles Molony Condon, OFFICE OF THE ATTORNEY
GENERAL OF SOUTH CAROLINA, Columbia, South Carolina; Robert Eric
Petersen, Larry C. Batson, Sr., SOUTH CAROLINA DEPARTMENT OF
CORRECTIONS, Columbia, South Carolina; Carl Norman Lundberg, SOUTH
CAROLINA DEPARTMENT OF PROBATION, PAROLE & PARDON SERVICES,
Columbia, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Dehoney v. Beasley</u>, No. CA-94-3512-4-21BE (D.S.C. Apr. 7, 1997). We deny Appellant's motion to stay disposition of this appeal and his request for an injunction to prevent the Department of Corrections from interfering with his access to the courts. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>